UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN ORTIZ, an individual,

              Plaintiff,

v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.

Case No: 4:18-cv-07727-HSG

[PROPOSED] **ORDER FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT**

**HON. HAYWOOD S. GILLIAM, JR.**

**NORTHERN DISTRICT JUDGE**

**[PROPOSED] ORDER**

      IT IS HEREBY ORDERED that Plaintiff shall file his Second Amended Complaint

within 5 days of this Order.

IT IS SO ORDERED.

Dated:  5/22/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200