**JOHN L. BURRIS, Esq., SBN 69888**
**BEN NISENBAUM, Esq., SBN 222173**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:     (510) 839-5200
Facsimile:     (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: BNisenbaum@gmail.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ORTIZ, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>      Defendants. | Case No.: 4:18-cv-07727-HSG<br><br>STIPULATION AND ORDER GRANTING EXTENSION OF EXPERT DISCOVERY DEADLINE |

WHEREAS the parties have agreed to attend a mediation on December 18, 2019;

WHEREAS the parties exchanged opening expert disclosures on November 15, 2019;

WHEREAS the current expert discovery deadline is December 19, 2019;

WHEREAS the current pretrial and trial dates are set for July 28, 2020 and August 17, 2020, respectively;

WHEREAS, Plaintiff's counsel will be unavailable from December 24, 2019 to January 19, 2020;

WHERAS, Defendants counsel will be unavailable February 15-22, 2020;

WHEREAS the parties have met and conferred regarding the expert discovery schedule and agreed to extend the deadline to complete expert discovery to March 6, 2020;

THEREFORE, IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that the deadline for expert discovery be moved to March 6, 2020.


I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Dated:  December 10, 2019                    THE LAW OFFICES OF JOHN L. BURRIS


                                        _____/s/_Patrick M. Buelna____
                                        Patrick M. Buelna
                                        Attorney for Plaintiff

Dated: December 10, 2019

                              DENNIS J. HERRERA
                              City Attorney
                              CHERYL ADAMS
                              Chief Trial Deputy
                              KELLY COLLINS
                              Deputy City Attorney


                       By:   /s/Kelly Collins
                              KELLY COLLINS

                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO

        The Expert Discovery Deadline will be re-scheduled to March 6, 2020.

IT IS SO ORDERED.


DATED: December 10, 2019

                              HAYWOOD S. GILLIAM, JR.
                              U.S. DISTRICT JUDGE
                              NORTHERN DISTRICT