**JOHN L. BURRIS, Esq., SBN 69888**
**BEN NISENBAUM, Esq., SBN 222173**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:    (510) 839-5200
Facsimile:      (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: BNisenbaum@gmail.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ORTIZ., <br><br> Plaintiff, <br><br> vs. <br><br> CCSF, et al. <br><br> Defendant(s). | Case No. 4:18-cv-07727-HSG <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS DEFENDANTS** |

1

STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice in its entirety and as to each and every defendant, including the Defendants CITY AND COUNTY OF SAN FRANCISCO; KEVIN CONWAY; SAM PARK; MICHAEL VIGIL; BRENDA SOSA; and BERNARD ARTIFICIO pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties stipulate for each party to bear its own attorney's fees and costs.

Dated:  June 4, 2020

By:  *Patrick M. Buelna*
　　　Ben Nisenbaum, Esq.
　　　Patrick M. Buelna, Esq.
　　　Attorneys for Plaintiffs

Dated:  June 4, 2020

By:  *Renee Rosenblit*
　　　Renee Rosenblit
　　　Attorneys for Defendants

## ORDER

**IT IS SO ORDERED**:  The above captioned case and Defendants CITY AND COUNTY OF SAN FRANCISCO; KEVIN CONWAY; SAM PARK; MICHAEL VIGIL; BRENDA SOSA; and BERNARD ARTIFICIO shall be dismissed from this case with prejudice.

DATED:  6/8/2020

HAWYOOD S. GILLIAM, JR.
Judge of the United States District Court